# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br>Theron Jermaine Thompson | )<br>)<br>)<br>) Case No: 4:08-CR-4-1FL<br>) USM No: 51081-056 |
| Date of Original Judgment: December 11, 2008<br>Date of Previous Amended Judgment:<br>(Use Date of Last Amended Judgment if Any) | )<br>) Diana H. Pereira<br>Defendant's Attorney |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 320 months **is reduced to** 257 months in Counts 1, 2, 3, & 5

The sentence in Count 4 remains 240 months. The sentences in Count 1 through 5 shall run concurrently, resulting in a total sentence of 257 months.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated December 11, 2008, shall remain in effect. **IT IS SO ORDERED.**

Order Date: December 21, 2015

*Louise W. Flanagan* (Judge's signature)

Effective Date: _____
*(if different from order date)*

Louise W. Flanagan, U.S. District Judge
*Printed name and title*