IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:08-CR-4-FL-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| THERON JERMAINE THOMPSON, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's motion for early termination of supervised release (DE 209). Upon review of the motion, the responses of the government and probation office, and the record in this case, defendant has not demonstrated good cause for early termination. Continuation of supervised release in good standing, with successful employment and community activities as described by defendant, is consistent with the court's expectations at sentencing. The court commends defendant for his record of achievement while on supervised release. Early termination is not warranted at this time, however, given the nature and circumstances of defendant's underlying convictions and his criminal history. Defendant also has not shown that supervision is hindering his commendable efforts at rehabilitation. Accordingly, defendant's motion is DENIED without prejudice to refiling one year from the date of this order.

SO ORDERED, this the 16th day of June, 2026.

_____
LOUISE W. FLANAGAN
United States District Judge